**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Keen Kirchoff v. Treto

Case Number: 1:26-cv-9628

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs

Attorney name (type or print): Peter Breen

Firm: Thomas More Society

Street address: 121 W. Wacker Dr., Ste. 650

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6271981
(See item 3 in instructions)

Telephone Number: 312-782-1680

Email Address: pbreen@thomasmoresociety.org

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 11, 2026

Attorney signature: S/ Peter Breen
(Use electronic signature if the appearance form is filed electronically.)