**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY KEEN KIRCHOFF, M.D.; MICHAL PORUBCIN, M.D.; MICHAEL HAWKING, M.D.; BRIAN COURI, M.D.; MOST REVEREND THOMAS J. PAPROCKI, ROMAN CATHOLIC BISHOP OF THE DIOCESE OF SPRINGFIELD IN ILLINOIS; and LUTHERAN CARE CENTER, | ) | |
| | ) | Case No.: 1:26-cv-9628 |
| Plaintiffs, | ) | |
| v. | ) | |
| MARIO TRETO, JR., Secretary of the Illinois Department of Financial and Professional Regulation and SAMEER VOHRA, Director of the Illinois Department of Public Health, in their official capacities, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 7.1/L.R. 3.2 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Northern District of Illinois Local Rules, Plaintiff Lutheran Care Center submits that it is a non-profit corporation and that it does not have any parent corporations, subsidiaries, or affiliates.

Respectfully submitted,

/s/ Michael McHale
Thomas Brejcha (ARDC # 0288446)
Peter Breen (ARDC # 6271981)
Michael G. McHale (NE Bar # 24949)*
Mary Catherine Martin (ARDC # 6284887)†
THOMAS MORE SOCIETY
121 West Wacker Drive, Suite 650

Chicago, Illinois 60601
(312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org
mmchale@thomasmoresociety.org
mcmartin@thomasmoresociety.org

Adam S. Hochschild (MO Bar # 52282)‡
Hochschild Law Firm, LLC
P.O. Box 401
Plainfield, VT 05667
(314) 503-0326
adam@hochschildlaw.com

*Counsel for All Plaintiffs*

* *Licensed solely in Nebraska*
† *Admission forthcoming*
‡ *Pro hac vice forthcoming*