**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Kirchoff v. Treto

Case Number: 1:26-cv-9628

An appearance is hereby filed by the undersigned as attorney for:

Defendants Mario Treto, Jr. and Sameer Vohra, in their official capacities

Attorney name (type or print): Elena Meth

Firm: Office of the Illinois Attorney General

Street address: 115 South LaSalle St.

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6346041
(See item 3 in instructions)

Telephone Number: 312-814-3000

Email Address: elena.meth@ilag.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/20/2026

Attorney signature: S/ Elena S. Meth
(Use electronic signature if the appearance form is filed electronically.)