**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Bishop Thomas John Paprocki, et al.
Plaintiff,
v.
Case No.: 1:26−cv−09628
Honorable Franklin U. Valderrama
Mario Treto Jr., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 7, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is Defendants' unopposed motion to stay responsive pleading deadlines [30]. Defendants seek to stay the responsive pleading deadline until a mandate is issued by the Seventh Circuit Court of Appeals in NIFLA v. Treto and Schroeder v. Treto (Nos. 25−1603, 25−1659, 25−1655, & 25−1657). The Court agrees that the rulings in those cases will significantly influence the legal questions in this instant case, and in the meantime, the parties have a stipulated temporary restraining order. Accordingly, the Court grants the motion to stay responsive pleading deadlines [30]. Plaintiffs and Defendants are directed to submit a joint proposed briefing schedule for Plaintiffs' motions for preliminary injunctions and Defendants' motions to dismiss or other responsive pleading within seven days after the Seventh Circuit enters a mandate in NIFLA v. Treto and Schroeder v. Treto. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.